# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, and<br><br>NATIONAL SECURITY ARCHIVE<br><br>                Plaintiffs,<br><br>   v.<br><br>THE HON. DONALD J. TRUMP, and<br><br>EXECUTIVE OFFICE OF THE PRESIDENT,<br><br>                Defendants. | Civil Action No.<br>1:17-cv-01228-CRC |

## **CERTIFICATE OF SERVICE**

This is to certify that a signed and sealed summons was served by personal service[1] on the United States Attorney for the District of Columbia along with a copy of Plaintiff's Complaint for Declaratory, Injunctive, and Mandamus Relief

and by sending via certified mail the same to:

>Attorney General of the United States
>Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530
>
>The Hon. Donald J. Trump
>President of the United States of America
>1600 Pennsylvania Avenue, N.W.
>Washington, D.C. 20500
>
>Executive Office of the President,
>725 17th Street, N.W.
>Washington, D.C. 20503

---

[1] The Affidavit of Vance M. Warren, Sr., Private Process Server, is attached hereto as **Attachment A.**

**Dated: July 10, 2017**

RESPECTFULLY SUBMITTED,

*/s/ Mireille R. Oldak*_____
Mireille R. Oldak,  D.C. Bar No. 1027998
Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, DC 20006
Phone: (202) 835-6176
Email: mireille.oldak@bakermckenzie.com

# **ATTACHMENT A**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

Citizens for Responsibility and Ethics in Washington, et al.

Plaintiff

vs.   Case No: 17-cv-01228-CRC

The Hon. Donald J. Trump, President of the United States of America, et al.

Defendant

---

## AFFIDAVIT OF SERVICE

I, Vance M. Warren, Sr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint for Declaratory, Injunctive, and Mandamus Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/23/2017 at 1:26 PM, I served United States Attorney for the District of Columbia with the Summons and Complaint for Declaratory, Injunctive, and Mandamus Relief at 501 3rd Street, NW, 4th Floor, Washington, DC 20001 by serving Paula Harris, Legal Assistant, authorized to accept service.

Paula Harris is described herein as:

Gender: Female   Race/Skin: Black   Age: 48   Weight: 165   Height: 5'6"   Hair: Black   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

06-26-2017
Executed On

Vance M. Warren, Sr.

Client Ref Number: N/A
Job #: 1528474

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON AND NATIONAL SECURITY ARCHIVE <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE HON. DONALD J. TRUMP AND EXECUTIVE OFFICE OF THE PRESIDENT <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 17-cv-01228-CRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA
555 FOURTH STREET, NW
WASHINGTON, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: George M. Clarke III, Baker & McKenzie LLP, 815 Connecticut Ave. NW
Washington, DC 20006

Anne L. Weismann, Citizens for Responsibility and Ethics in Washington,
455 Massachusetts Ave., Sixth Floor, Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/22/2017

/s/ Simone Bledsoe

*Signature of Clerk or Deputy Clerk*