IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON and NATIONAL SECURITY ARCHIVE,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE HON. DONALD J. TRUMP, President of the United States of America, and EXECUTIVE OFFICE OF THE PRESIDENT,<br><br>　　　　　　Defendants. | Case No. 1:17-CV-01228<br>Hon. Christopher R. Cooper |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Donald J. Trump and Executive Office of the President, by and through undersigned counsel, respectfully move for a 45-day extension of time, through and including October 6, 2017, to respond to the Complaint in this case. In support of that request, Defendants state as follows:

1.　Plaintiffs commenced this action by filing a Complaint on June 22, 2017. *See* ECF No. 1. Plaintiffs filed proof of service indicating that the U.S. Attorney for the District of Columbia was served with the summons and complaint on June 23, 2017. *See* ECF No. 7. Defendants' response to the Complaint is accordingly due August 22, 2017. *See* Fed. R. Civ. P. 12(a)(2).

2.　Plaintiffs' Complaint raises a number of issues concerning the President and the White House's recordkeeping obligations, and presents legal questions under the Presidential Records Act, the Federal Records Act, the Administrative Procedure Act, the Freedom of Information Act, the Mandamus statute, and Article II of the Constitution. In light of the issues at

stake in the case, Defendants respectfully suggest they require additional time to evaluate the complaint, research the applicable law, consult with relevant stakeholders within the Executive Branch, and prepare a responsive pleading or motion that will be useful to the Court.

3.  Undersigned counsel was assigned this matter on July 26, 2017.  On August 1, 2017, undersigned counsel is responsible for presenting oral argument on cross-motions for summary judgment in *Children's Hospital Association of Texas v. Price*, No. 17-844 (D.D.C.) (Sullivan, J.).  Undersigned counsel further plans to be away from the office on a previously scheduled vacation from August 2, 2017, through August 11, 2017.

4.  On July 27, 2017, counsel for Defendants conferred with counsel for Plaintiffs, who indicated that Plaintiffs consent to the relief requested herein.

WHEREFORE, Defendants respectfully request that the Court extend their time to respond to the Complaint from August 22, 2017, through and including October 6, 2017.

Dated:  July 27, 2017                     Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
U.S. Attorney for the District of Columbia

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Steven A. Myers*
Steven A. Myers (NY Bar No. 4823043)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Telephone:  (202) 305-8648
Fax:  (202) 616-8460
Email:  Steven.A.Myers@usdoj.gov

Mailing Address:
Post Office Box 883

Washington, DC 20044

Courier Address:
20 Massachusetts Ave., NW Rm. 7334
Washington, DC 20001

*Counsel for Defendants*