**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON and NATIONAL SECURITY ARCHIVE,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE HON. DONALD J. TRUMP, President of the United States of America, and EXECUTIVE OFFICE OF THE PRESIDENT,<br><br>  Defendants. | Case No. 1:17-CV-01228<br>Hon. Christopher R. Cooper |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendants' Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint is GRANTED. Accordingly, Defendants' time to answer or otherwise respond to the Complaint is extended through and including October 6, 2017.

DATE: _____

_____
HON. CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE