IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON and NATIONAL SECURITY ARCHIVE,<br><br>                 Plaintiffs,<br><br>v.<br><br>THE HON. DONALD J. TRUMP and THE EXECUTIVE OFFICE OF THE PRESIDENT,<br><br>                 Defendants. | Case No. 1:17-CV-01228<br>Hon. Christopher R. Cooper |

## DECLARATION OF THOMAS S. BLANTON

I, Thomas S. Blanton, declare as follows:

1. I am the Executive Director of the National Security Archive (the Archive) at George Washington University in Washington, D.C. I have served in this capacity since 1992. Prior to that I was the Archive's first director of Planning and Research beginning in 1986 until 1989, when I became the Deputy Director.

2. The Archive is an independent, non-governmental, non-profit research institute founded in 1985 by journalists and scholars to check rising government secrecy. The Archive collects, analyzes, and publishes U.S. government documents acquired through the Freedom of Information Act (FOIA) in order to enrich scholarship and journalism with primary sources, and to promote openness and government accountability. The Archive won the 1999 George Polk Award, one of U.S. journalism's most prestigious prizes, for – in the words of the citation – "piercing self-serving veils of government secrecy, guiding journalists in search for the truth, and informing us all."

3. Since its founding, the Archive has filed over 1,240 FOIA and declassification review requests with the Truman, Eisenhower, Kennedy, Johnson, Nixon, Ford, Carter, Reagan, Clinton, and H.W. Bush Presidential Libraries. The documents released in response to these requests have illuminated United States foreign policy and national security history since the Second World War. Specifically, the documents the Archive has acquired from these presidential libraries have shed light on the Cuban Missile Crisis, the origins of the Vietnam War, President Richard Nixon's opening to China, communications between the Soviet Union and the United States throughout the Cold War and as the Cold War ended, and the U.S. role during the human rights atrocities in the former Yugoslavia and Rwanda.

4. Along with my wife Dr. Svetlana Savranskaya, who is a senior fellow with the Archive, I have published two books of presidential documents from the Reagan and H.W. Bush libraries combined with others from Soviet archives. One volume analyzed the fall of the Berlin Wall in 1989 (published by Central European University Press in 2010), and the other documented and analyzed the Reagan and Bush superpower summits with then-Soviet leader Mikhail Gorbachev (published by CEU Press in 2016). That first book, *Masterpieces of History: The Peaceful End of the Cold War in Europe, 1989*, co-authored with Dr. Savranskaya and Dr. Vladislav Zubok, won the Arthur S. Link-Warren F. Kuehl Prize for Documentary Editing of the Society for Historians of American Foreign Relations.

5. Other Archive staff have published numerous books and reference works based on documents from presidential libraries. They include Dr. William Burr, an Archive senior analyst, who published Henry Kissinger's meeting and telephone transcripts with Presidents Nixon and Ford, and a book on President Nixon's "madman" theory of pressure on Vietnam. Peter Kornbluh, director of the Archive's Cuba and Chile Documentation Projects, won the

Douglas Dillon Award for the best book on diplomacy for his book *Back Channel to Cuba*, which discusses how every president dating back to Dwight Eisenhower secretly negotiated with Fidel Castro. Malcolm Byrne, who runs the Archive's Iran project, has interviewed all the negotiators of the recent Iran nuclear deal, and acquired documents from every presidential library on U.S.-Iran relations, for a future book. Joyce Battle, director of the Archive's Iraq Documentation Project, has just published the first in a series of reference collections of documents on the Iraq War, this one covering the decision to invade in 2003. Her subsequent publications will cover the occupation, the "surge," and the rise of ISIS. Kate Doyle, a senior analyst with the Archive, has published numerous articles on U.S.-Mexico relations, especially at the presidential level, and focusing on arguments and negotiations over migration and the drug wars. Dr. John Prados, a senior fellow of the Archive, has published more than a dozen books on presidential decision-making and war-making, including *Presidents' Secret Wars* and most recently, *The Ghosts of Langley*.

6.      Continued access to a full historical record of each modern presidency is critical to the Archive's work. As outlined above, the Archive's scholars and historians rely extensively on presidential records, and have actively pursued access to and utilized those records.

7.      The Archive has a longstanding interest in presidential recordkeeping and the special challenges presented by new digital technologies. For example, the Archive brought the first lawsuit seeking to preserve White House e-mail from the Reagan administration, *Armstrong et. al. v. Reagan*, when we learned in January 1989 that neither the Reagan White House nor the National Archives and Records Administration planned to preserve the e-mail back-up tapes that had provided evidence for the Iran-contra investigations. Our lawsuit successfully obtained an immediate restraining order on the last night of the Reagan administration against destruction of

the back-up tapes, and led to a series of judicial rulings during the Bush 41 and Clinton administrations – all captioned with the last name of the Archive's founding director, Scott Armstrong – that established governmental e-mails as records under the Federal Records Act and the Presidential Records Act.

8. My 1995 book, *White House E-Mail: The Top Secret Computer Messages the Reagan/Bush White House Tried to Destroy*, told the history of the e-mail lawsuits and published an annotated selection of 500 of the most historically valuable actual e-mail messages that the litigation preserved. The *New York Times* (November 26, 1995) commented that the book presented "a stream of insights into past American policy, spiced with depictions of White House officials in poses they would never adopt for a formal portrait."

9. The Archive also brought White House e-mail litigation in September 2007 against President George W. Bush, when whistleblowers cited in a Freedom of Information Act case by CREW alleged failures in White House preservation of e-mails. After CREW joined with the Archive in this new case, the plaintiffs won in 2009 the restoration of 94 calendar days worth of White House e-mail from back-up tapes, producing some 22 million more e-mail messages than the government was able to find prior to the lawsuit.

10. In my role as Executive Director of the Archive, I oversee and am familiar with the Archive's research, litigation, publishing and public education efforts.

11. Our plans for future projects include filing requests with the Trump Presidential Library as soon as we are legally permitted on a range of topics. I anticipate those topics will include U.S. relations with Russia and China, U.S. military action in Africa, the role of foreign lobbyists, and the nuclear escalation between North Korea and the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 3, 2017

_____
THOMAS S. BLANTON