IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON and NATIONAL SECURITY ARCHIVE,<br><br>            Plaintiffs,<br><br>v.<br><br>THE HON. DONALD J. TRUMP and THE EXECUTIVE OFFICE OF THE PRESIDENT,<br><br>            Defendants. | Case No. 1:17-CV-01228 (CRC) |

## DECLARATION OF GEORGE M. CLARKE III

I, George M. Clarke III, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I represent the Plaintiffs in the above captioned matter.

2. Marc T. Short, assistant to the President and director of Legislative Affairs, sent a letter to the Oversight Reform Committee of the U.S. House of Representatives (the "House Oversight Committee"), dated April 11, 2017 (the "April Short Letter"). Attached as **Exhibit A** is a true and correct copy of the April Short Letter.

3. House Oversight Committee Chairman Trey Gowdy and Ranking Member Elijah Cummings wrote a letter to White House Counsel Donald F. McGahn II, dated September 25, 2017 (the "Gowdy Letter"). Attached as **Exhibit B** is a true and correct copy of the Gowdy Letter.

4.       House Oversight Committee Ranking Member Elijah Cummings wrote a letter to Mr. Kushner on September 25, 2017 (the "Kushner Letter"). Attached as **Exhibit C** is a true and correct copy of the Kushner Letter.

5.       Marc. T. Short sent a letter to House Oversight Committee Chairman Gowdy and Ranking Member Cummings dated October 10, 2017 (the "October Short Letter"). Attached as **Exhibit D** is a true and correct copy of the October Short Letter.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on November 3, 2017.

*[signature]*
George M. Clarke III
BAKER & McKENZIE LLP