# Exhibit D

**THE WHITE HOUSE**

WASHINGTON

October 10, 2017

The Honorable Trey Gowdy
Chairman
The Honorable Elijah E. Cummings
Ranking Member
United States House of Representatives
Committee on Oversight and Government Reform
2157 Rayburn House Office Building
Washington, D.C. 20515

Dear Chairman Gowdy and Ranking Member Cummings:

Thank you for your letter of September 25, 2017 requesting information about White House compliance with the Presidential Records Act (PRA). As I stated in my letter to this Committee of April 11, 2017 (attached for your review), the White House is committed to preserving records consistent with applicable law. In furtherance of this commitment, the White House has endeavored to educate all White House employees regarding their responsibilities under the PRA.

Responses to the specific questions in your letter are as follows:

Questions 1 and 3

All White House employees must comply with 44 U.S.C. § 2209, which governs the use of non-official electronic message accounts.[1] The White House and covered employees endeavor to comply with all relevant laws and consults with the National Archives and Records Administration (NARA) on PRA compliance.

Question 2

NARA interprets "alias email account" to mean multiple email accounts. As stated in my April 11, 2017 letter: "There are no senior officials covered by the PRA with multiple accounts. . . . there is only one e-mail account per user independent of the number of addresses."

Question 4

There has been no change in White House policy in the areas you cite since January 20, 2017. As you know, under 44 U.S.C. § 2203(e), the Archivist must request the advice of the Committee on House Oversight with respect to any proposed disposal of Presidential records whenever the Archivist finds that these particular records may be of special interest to Congress

---

[1] Note that even social media accounts, including the President's Twitter account @realDonaldTrump, when used for official purposes, are preserved by the White House's recordkeeping system.

or consultation with the Congress regarding disposal of such records is in the public interest. To date, it is my understanding that the Archivist has not engaged in such consultation or otherwise determined the White House to be out of compliance with the applicable recordkeeping requirements.

This Administration is committed to the effective implementation of Federal records preservation and public access laws. Thank you for your attention to this important matter.

Sincerely,

Marc T. Short
Assistant to the President and
Director of Legislative Affairs

Encl.:  April 11, 2017 Letter from Marc Short to Former Chairman Chaffetz and Ranking Member Cummings

February 22, 2017 E-mail to White House Staff on the Presidential Records Act

February 22, 2017 Memo to White House Staff on the Presidential Records Act