# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 18-5150  September Term, 2017

1:17-cv-01228-CRC

Filed On: May 23, 2018 [1732489]

Citizens for Responsibility and Ethics in Washington and National Security Archive,

      Appellants

      v.

Donald J. Trump, The Honorable, President of the United States of America and Executive Office of the President of the United States,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the conclusion of its proceedings.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Laura M. Chipley
Deputy Clerk