Case 1:17-cv-01228-CRC   Document 33-1   Filed 07/22/19   Page 1 of 1

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 18-5150  September Term, 2018

FILED ON: MAY 28, 2019

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON AND NATIONAL SECURITY ARCHIVE,
APPELLANTS

v.

DONALD J. TRUMP, THE HONORABLE, PRESIDENT OF THE UNITED STATES OF AMERICA AND EXECUTIVE OFFICE OF THE PRESIDENT OF THE UNITED STATES,
APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-01228)

Before: TATEL and PILLARD, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/

Ken Meadows
Deputy Clerk

Date: May 28, 2019

Opinion for the court filed by Circuit Judge Tatel.